# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2262

_____

|  |  |  |
|---|---|---|
| Walter Garrett; Dorothy J. Garrett; Ruby McDonald; Nausicca Brown, a Minor Child, | * * * | |
| | * | Appeal from the United States |
| Appellants, | * | District Court for the |
| | * | Eastern District of Missouri. |
| v. | * | |
| | * | **[UNPUBLISHED]** |
| L. Clarke, Sgt.; D. Epps, Sgt. # 144; F. West, Maj. # 63, | * * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 22, 2001
Filed: March 27, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Plaintiffs Walter Garrett, Dorothy Garrett, Ruby McDonald, and Nausicca Brown appeal the district court's[1] adverse grant of summary judgment as to some claims, and dismissal of other claims, in their 42 U.S.C. § 1983 action.

---

[1]The HONORABLE DONALD J. STOHR, United States District Judge for the Eastern District of Missouri.

After reviewing the record and the parties' submissions on appeal, we conclude that the district court's order of dismissal and grant of summary judgment were correct; the district court did not grant summary judgment prematurely; and plaintiffs' other arguments are unavailing.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.